USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: _3/6/2023_____

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **ZANCHELLI, ET AL.,**<br><br>Plaintiffs,<br><br>-against-<br><br>**SKANSKA USA CIVIL NORTHEAST, INC.,**<br><br>Defendants. | **23-cv-00429 (ALC)**<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

On January 18, 2023, Plaintiffs filed a Complaint commencing this action against Defendant Skanska USA Civil Northeast, Inc. ECF No. 1. Plaintiffs served the Defendant on February 7, 2023, and Defendant's answer was due on February 28, 2023. *See* Affidavit of Service, ECF No. 7. To date, no answer or response has been filed.

Plaintiffs are hereby **ORDERED** to submit a status report on the current status of this action by no later than **March 15, 2023**.

**SO ORDERED.**

Dated:   March 6, 2023
         New York, New York

_____
ANDREW L. CARTER, JR.
United States District Judge